Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
(907)-279-9999
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATHLEEN HOLLAND, | ) |
| | ) Case No.: A-03-190 CV (RRB) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) **PLAINTIFF'S** |
| | ) **COUNSEL'S AFFIDAVIT IN** |
| CONTINENTAL CASUALTY CO.; et.al. | ) **SUPPORT OF PLAINTIFF'S** |
| | ) **MOTION FOR ATTORNEYS** |
| Defendants, | ) **FEES AND COSTS** |
| _____ | ) |

Comes Now Michael Flanigan, attorney for Plaintiff in this matter and hereby certifies as follows.

1. I am counsel for the Plaintiff in this matter.

2. I have 29 years of experience as a personal injury and insurance claims attorney. My normal hourly rate for insurance claims work is $200 an hour which is a normal hourly rate for such services among my peers who have similar levels of experience.

3. The following itemization of reasonable attorneys fees and costs were incurred in the prosecution of this matter.

4. I have excluded from this itemization any work done on any

individual claims against ACS, which were dismissed and then settled, as opposed to the disability claims against the ACS Plan and its Plan Administrator.

HOLLAND V. ACS
FILE# 4515(A-03-190 CV)
ITEMIZED ATTORNEYS FEES (Limited to CNA/Hartford)

| Date | Description | Hours |
|---|---|---|
| 08/22/03 | Drafting of Summons And Complaint | 2.00 |
| 09/22/03 | Review of Entry of Appearance | .25 |
| 09/25/03 | Review of letter from MM | .25 |
| 09/25/03 | Review of Motion And App., Aff. & Order Of Non-Res. Atty. to Appear & Participate | .25 |
| 10/03/03 | Review of Order Admitting Atty Pro Hac Vice | .25 |
| 10/29/03 | Review of Minute Order from Chambers | .25 |
| 11/10/03 | Review of MM 11/07/03 ltr and CNA Ans. & Disclosure | .50 |
| 11/24/03 | Review of Minute order | .25 |
| 12/22/03 | Review of Minute Order | .25 |
| 01/08/04 | Review of Sch. & Plan. Conf. Rpt. | .25 |
| 01/19/04 | Review of Minute Order RE S & P Rpt. | .25 |
| 01/22/04 | Review of Proposed S & P Order | .25 |
| 02/19/04 | Drafting Pl's P & S Rpt. | .50 |
| 02/26/04 | Review of 2/23/04 MM letter & P & S Proposal | .25 |
| 3/11/04 | Review of Administrative Record | 6.00 |
| 3/19/04 | Review of MM 3/15/04 letter | .25 |
| 3/20/04 | Fax to MM re: 3/15/04 ltr. | .25 |
| 3/26/04 | Review of MM ltr. | .25 |
| 5/26/04 | Review of MM Fax re Holland payroll records | .25 |
| 5/27/04 | Review of MM ltr re mediation | .25 |
| 5/27/04 | Review of Mediator ltr | .25 |
| 6/03/04 | Review of MM fax re mediation | .25 |
| 07/16/04 | Review of fax from mediator | .25 |
| 07/19-30 | Drafting Pl's Motion for SJ re: CNA (Research, review of Rec. & Drafting) | 34.00 |
| 7/29/04 | Review of MM fax re: Administrative Record | .25 |
| 08/03/04 | Review of CNA's Mo for SJ | 4.00 |
| 08/17/04 | Drafting Unopposed Motion for Extension | .25 |
| 08/20/04 | Review of CNA's Opp. To Pl's SJ Mo. | 4.00 |
| 08/23-27 | Drafting Pl's Opp. To CNA's SJ Mo. | 24.00 |
| 08/27-30 | Drafting Pl's Reply to CNA's SJ Opp. | 8.00 |
| 09/01/04 | Review of Request for Oral Argument | .25 |
| 09/13/04 | Review of Minute Order re: Oral Argument | .25 |

| Date | Description | Hours |
|---|---|---|
| 09/22/04 | Review of Mo to Resch. Oral Arg. | .25 |
| 09/22/04 | Review of Minute Order Resch. Oral Arg. | .25 |
| 10/1/04 | Review of MM ltr re: resch. Oral Arg. | |
| 10/05/04 | Review of Minute Order Resch. Oral Arg. | .50 |
| 10/13/04 | Drafting Pl's Mo. For Recon. | 2.50 |
| 10/14-15 | Prep and Attending Oral Argument. | 8.00 |
| 10/18-19 | Review of Order Re: SJ Motions | 1.00 |
| 11/27/04 | Drafting Pl's Mo. for Atty's Fees & Costs | 4.00 |
| 12/18/04 | Review of CNA's Opp. to Pl's Motion for Attys Fees and Costs and Drafting of Pl's Reply Brief | 4.00 |
| 12/19/04 | Drafting of letter to MM re: SSD determination and Submission of Dr. and co-employee letters supporting disability | .50 |
| 12/30/04 | Review of Ct's Order re: atty's fees and costs | 25 |
| 2/01/05 | Drafting letters to treating physicians re: disability opinion | 1.00 |
| 2/11/05 | Transmittal letter with SSD determination to MM | .25 |
| 2/22/05 | Review of 2/17/05 Hartford letter re additional info for review (no documents attached so requested ltr with docs.) | .25 |
| 3/01/05 | Review of Hartford letter re: additional info for review (with documents attached). | .50 |
| 3/4/05 | Drafting of 3/4/05 ltr to FB re: Dr. Armstrong ltr. | .25 |
| 3/25/05 | Drafting of 3/25/05 ltr to FB re: docs in support of disability | .50 |
| 5/9/05 | Review of 5/2/2005 FB ltr, re: additional docs requested. | .25 |
| 5/9/05 | Direction to Call to FB to determine what records requested. | .25 |
| 5/17/05 | Direction to send Ltr to FB re: additional records | .25 |
| 6/9/05 | Review of 6/6/05 ltr. From FB re: review ongoing | .25 |
| 7/5/05 | Review of 6/29/05 award letter, call to client to discuss | .75 |
| 7/22/05 | Drafting of letter to FB re: correct calculation of LTD benefit | .50 |
| 9/15/05 | Call to client re: status of claim | .50 |
| 9/15/05 | Call to Hartford re: check to fee if 7/22/05 letter rec'd | .25 |
| 9/15/05 | Research and Drafting of Motion to Re-open claim re: LTD Benefit rate. | 6.50 |
| 9/16/05 | Call from Hartford(Guiterrez) re: appeal of benefit rate | .25 |
| 9/16/05 | Call to Stan Lewis, re: getting aff. from ACS on benefit rate | .25 |
| 9/16/05 | Drafting Letter to ACS Legal re: Aff from ACS on benefit rate | .75 |
| 9/16/05 | Call to Holland re: getting aff. from ACS re: benefit rate | .25 |
| 9/20/05 | Review of Holland letter to Hartford, re: life insurance | .25 |
| 10/24/05 | Review of 10/21 Hartford Letter re: LTD income/offset issues | .25 |
| 10/24/05 | Call to Holland and Letter to Hartford Re: pension offset issue | .50 |
| 11/30/05 | Review of 11/3 Hartford letter re: pension offset letter | .25 |
| 12/1/05 | Call to Holland and Letter to Hartford re: pension offset | .50 |
| 12/1/05 | Review of fax from Holland to Union stopping pension benefits | .25 |
| 12/1/05 | Review of fax from Union stopping pension benefits and letter to Hartford advising of same with copy of Union letter | .50 |
| 12/5/05 | Review of Hartford letter requesting Union pension stop date and call to Holland to get information. | .50 |

| Date | Description | Hours |
|---|---|---|
| 12/7/05 | Review of Union letter setting stop date, & transmittal of same | .50 |
| 12/9/05 | Review of Hartford Letter, increasing benefits and call to Holland to report same. | .50 |
| 12/9/05 | Letter to Hartford requesting attys fees and costs. | .50 |
| 12/14/05 | Review of Hartford Letter, denying attys fees and costs, and letter back to Hartfotrd appealing denial. | .50 |

Billing Rate $200 per hour
Total Hrs. Re: CNA/Hartford 129.00 hrs.

Total Billings: 129.00 x $200 =$25,800

| Costs | Date | Description | Amount |
|---|---|---|---|
| Costs | 8/22/03 | Filing fee | $ 150.00 |
| | 7/21/04 | Mediator Expenses | 500.00 |
| | 8/03-11/04 | In house copying costs (CNA only)(1467 x .15 =$ 220.05) | 220.05 |
| | TOTAL | | 870.05 |

SWORN TO UNDER THREAT OF PERJURY

DATED THIS 21st DAY OF April 2006.

s/ Michael W. Flanigan
1029 W. 3rd Ave., Ste 250
Anchorage, Alaska, 99517-1014
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: Waltherflanigan@cs.com
Alaska Bar No. #7710114

**CERTIFICATE OF SERVICE**
I hereby certify that the above document
was served via:
 (x)   First Class Mail
 ( )   Hand – Delivery
 ( )   Fax
to the following listed individuals:
Medora A. Marisseau
1601 5th Ave., Suite 2400
Seattle, WA 98101-1619

Date: 4/21/06  By:   MWF