1029 w. 3ʳᴰ Ave., Ste 250
Anchorage, Alaska, 99501
Ph: 907-279-9999
Fax: 907-258-3804

# WALTHER & FLANIGAN

March 25, 2005

**VIA FACSIMILE (407-919-6329)**
Faye Bernabe
Disability Specialist
Group Benefits Account
P.O. Box 946730
Maitland, Fla., 32794-6730

Re: Claim No.: 2473404111
    Policy No. 83125352
    Underwriter: Continental Casualty
    Claimant: Kathleen Holland

Dear Ms. Bernabe,

  Please find enclosed:
1. Holland's Social Security Determination and Award Information. The former supports Holland's claim for LTD benefits. The latter should be useful in calculating the benefits owed to Holland;
2. Holland's personal medical journal documenting her medical history from her perspective;
3. 2003 Letters from Holland's co-workers, Susie Reid, Rene Vidal, Donese Fifield, Maria James and Belinda Shipman.
  We are still endeavoring to obtain the additional records and information you have requested.

Sincerely,
By Michael W. Flanigan

cc Kathleen Holland

"and justice for all"

Exhibit 1 Page 1 of 1