*Walther & Flanigan*

RESOLUTION PLAZA
1029 WEST THIRD AVENUE, SUITE 250
ANCHORAGE, ALASKA 99501

DALE J. WALTHER
MICHAEL W. FLANIGAN
HOWARD J. MEYER, JR.
CHRISTAN N. BATAILLE

PHONE: (907) 279-9999
FAX: (907) 258-3804

May 17, 2005

Faye Bernabe
Group Benefits Accounts
P.O. Box 946730
Miltland, FL 32794-6730

    Re:   Kathleen Holland
          Claim No.: 247340411
          Policy No.: 83125352
          Our File No. 4515

Ms. Bernabe,

    Pursuant to you letter of May 2, 2005 requesting additional information regarding Ms. Holland's disability claim. Attached hereto for your review are the Statement of Daily Activities, Group Claim Authorization and Reimbursement Agreement Integration forms, as well as all medical records that have been received by this office at this time. This seems to complete the information you have requested, if not please contact me.

    This seem to complete the information you have requested to move forward with Kathleen Holland's claim, if not please do not hesitate to contact me.

                                     Sincerely,

                                     Bree A. Marks
                                     Secretary

4515/Corr/Bernabe02

Exhibit 2 Page 1 of 1