**Group Benefits Accounts**
P. O. Box 946730
Maitland, FL 32794-6730
Telephone: (800) 303-9744
Facsimile: (407) 919-6329

4515



THE
HARTFORD

RECEIVED

JUL 05 2005

WALTHER & FLANIGAN

June 29, 2005

Walther & Flanigan
Mike Flanagan
1029 W 3rd Ave
Anchorage, AK  99501

RE:         Kathleen Holland
Claim Number: 2473404111
Policy Number: 83125352
Underwritten by Continental Casualty Company


Dear Mike Flanigan

We are pleased to inform you that Kathleen Holland's claim for benefits under the above referenced disability policy has been approved for payment. Benefits are due on the 21st each month provided Ms. Holland remains disabled according to the terms and provisions of the policy.

Information in your file indicates that your last day worked was 01/06/2003 and your date of loss was determined to be 01/22/2003. The period from 01/22/2003 through 07/20/2003 has been used to satisfy the policy's 180 day elimination period. Therefore, benefits commenced on 07/21/2003.

Based on the information received from your employer, your monthly benefit will be $1,617.95, as defined by your policy.

This amount is reduced by certain amounts paid or payable under the Disability or Retirement provisions of the Social Security Act (including any payments for eligible dependents), any Worker's Compensation, any Occupational Disease Act or Law, any State Compulsory Disability Benefit Law, and any disability, retirement, or other benefits provided by your employer as stated in your policy.

We have deducted Social Security disability benefits in the amount of $1,568.00 per month from your gross monthly benefit of $1,617.95. This leaves a balance of $49.95 per month payable. Since this policy has a minimum monthly benefit of $161.80, benefits will be provided at this rate until there is a change in your status.

Under separate cover, Ms. Holland will receive a check in the amount of $3,726.80 representing benefits for the period of 07/21/2003 through 06/20/2005.

Please be advised that the plan does not cover any loss caused by or resulting from Disability beyond 24 months after the Elimination Period if it is due to mental or emotional disorders of any type. Confinement in a hospital or institution licensed to provide care and treatment for mental or emotional disorders will not be counted as part of the 24 month limit.

The policy requires that you be under the regular care of a licensed physician and provide proof of your continuing disability. Therefore, we may request medical updates from Ms. Holland and her treating providers. In addition, we may contact you and Ms. Holland in the future for an updated telephone interview to determine any changes in her abilities and limitations.

Exhibit 3 Page 1 o 2

To assure proper evaluation and prompt payment of future benefits, you and your client's continued cooperation and response to our request(s) is greatly appreciated.

Should you have any questions in connection with your claim, please feel free to contact us.

Sincerely,

Faye Bernabe
Disability Specialist
Group Benefits Accounts
1-800-303-9744


cc:   Kathleen S. Holland
      1501 W 47th Ave # 1
      Anchorage, AK  99503

      Alaska Communications Systems Holdings,
      Joanie Melchert
      600 Telephone Avenue
      Anchorage, AK  99503


The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including issuing companies Hartford Life and Accident Insurance Company, Hartford Life Insurance Company and CNA Group Life Assurance Company (pending state approval of name change to "Hartford Life Group Insurance Company").

Exhibit 3 Page 2 of 2