# WALTHER & FLANIGAN

1029 W. 3RD Ave., Ste 250
Anchorage, Alaska, 99501
Ph: 907-279-9999
Fax: 907-258-3804

July 22, 2005

**(Via Facsimile 407-919-6329)**
Faye Bernabe
Disability Specialist
Group Disability Accounts
Hartford Insurance Co.
P.O. Box 946730
Maitland Florida, 32794-6730

Re:   Claimant: Kathleen Holland
      Claim No. 2473404111
      Policy No.: 83125352
      Underwritten by Continental Casualty

Dear Ms. Bernabe,

   My client, Kathleen Holland is gratified by your company's decision to approve the payment of her LTD benefits, but we disagree as to the information and calculations used to calculate her monthly LTD benefit amount. As we understand the facts related to Holland, her hourly rate of compensation was $23.25, her monthly rate was $4,030 and her annual rate was $48,360. I have attached for your review a copy of an affidavit of Kathleen Holland along her pay records reflecting this information. Using Holland's 60% LTD rate, her benefit should have been calculated at $2,418, not the $1,617.95 rate as stated in your letter of 6/29/05. (Please note that this information was previously provided to your counsel on 7/30/04).

   Although your 6/29/05 letter states that you based on LTD rate on the information provided by Holland's employer, obviously that information is in error based on the actual payroll records which we

"and justice for all"

Exhibit 4 Page 1 of 2

have attached hereto. Based on the actual facts and records pertaining to Holland's pertinent wage information, we ask that you now correct Holland's LTD benefit rate to reflect Holland's actual wage rates, as they existed at the time of her disability. Using the correct LTD benefit rate of $2,418 and reducing it by a social security offset of $1,568 should result in a monthly benefit due to Holland of $850 per month from 7/20/03 to date. (24 months) This would result in an amount owing to Holland of $20,400 minus the $3,726.80 you sent to Holland or $16,673.20. Therefore, please adjust your figures accordingly and send an adjustment check in the amount of $16,673.20 to Holland with a copy of us for our files.

If for any reason you decline to do so, please consider this letter an administrative appeal under ERISA disputing Holland's LTD rate. We also ask that you provide us with copies of all documents and information you relied upon in considering and determining the correct LTD rate, along with copies of the entire claims file compiled following the remand of Holland's LTD claim to back the administrative claim process by the Alaska U.S. District Court.

Additionally, I note that your 6/29/05 letter did not discuss Holland's life insurance premium waiver claim, which was previously denied on the grounds that Holland had not been approved for LTD benefits. Please advise if Holland's Life Insurance Premium waiver claim has also been approved as part of the LTD claim approval process or if that claim is being reviewed by another division of your company.

Sincerely,

By Michael W. Flanigan

cc Kathleen Holland

Enclosure: Holland Sixth Affidavit with 2 pages of payroll records attached.

Exhibit 4 Page 2 of 2