1029 w. 3RD Ave., Ste 250
Anchorage, Alaska, 99501
Ph: 907-279-9999
Fax: 907-258-3804

# WALTHER & FLANIGAN

September 16, 2005

Lynn Erwin  (LERWIN@ACSAlASKA.COM)
ACS Legal Dept.
600 Telephone Ave.
Anchorage, Alaska, 99501

Re: Kathleen Holland v CNA/HARTFORD

Dear Lynn,

    My office represents Kathleen Holland in regard to her LTD claim being administered by CNA/HARTFORD (Hartford bought CNA's Disability Insurance book of business after Holland filed her LTD claim).

    Previously the U.S. District Court ruled that CNA wrongfully denied Holland's LTD claim and remanded the matter back to them for reconsideration. In June, 2005, CNA/Hartford determined Holland was disabled under the terms of the LTD plan but miscalculated her LTD benefit based on an employer's statement provided by ACS's Joanie Melchert which listed her "basic earnings" as $2,696.58 (Attachment 1). How this number was arrived at is not explained, since the form says Holland was paid hourly, in bi-weekly checks, but does not explain if the $2,696.58 figure represents bi-weekly or monthly compensation.

    In June of 2004, Holland obtained ACS computer screen print-outs which showed her actual rate of compensation. (Attachment 2, pgs. 3-4). These print-outs accurately reflect that Holland was paid at an hourly rate of $23, worked 40 hours per week, and therefore earned a monthly rate of $4,030 [$23. x 40hrs. x 52 weeks /12 months = $4,030]

"and justice for all"

Exhibit 5 Page 1 of 2

We have supplied this information to CNA/Hartford in July, 2005, but to date they have not taken any affirmative action to correct their erroneous benefit calculation, which results in serious prejudice to Holland $50 per month instead of $850 after the LTD benefit is reduced by Social Security Benefit.

After reviewing the Plan in preparation for a motion to re-open the case before the District Court to recalculate the LTD benefit, I found the LTD Plan language that states the LTD benefit calculation is based on information "supplied by your employer". In order to avoid a claim by CNA/Hartford that they do not have to credit Holland's submission, because "it was not from her employer", I am asking ACS to provide us with an affidavit, suitable to send to CNA/Hartford, that confirms the information in the computer screen print outs, attached to Holland's affidavit, which is provided to you as Attachment two herein, is a true and accurate reflection of Holland's basic monthly earnings at the time of her disability.

I have enclosed an affidavit for this purpose. Please feel free to modify it as necessary.

Sincerely,

By Michael W. Flanigan

cc   Stan Lewis
     Birch Horton, Bittner, & Cherot
     1127 W. 7th Ave.
     Anchorage, Alaska, 99501

     Kathleen Holland

Exhibit 5 Page 2 of 2