**Group Benefits Accounts**
P. O. Box 946730
Maitland, FL 32794-6730
Telephone: (800) 303-9744
Facsimile: (407) 919-6329

**THE HARTFORD**

October 21, 2005

Walther & Flanigan
Michael Flanigan
1029 W. 3rd Ave
Ste 250
Anchorage, AK 99501

Employee:         Kathleen Holland
Claim Number:  2473404111
Policy Number:  83125352
Underwritten by Continental Casualty Company

Dear Michael Flanigan:

This letter is to inform you of the current status of your claim under the above Long Term Disability (LTD) policy.

Your employer has confirmed that your salary was originally reported incorrectly. Your pre-disability salary was actually $4,030.00 per month. Our records have been corrected to reflect this information. Therefore, your gross monthly LTD benefit should be $2,418.00 which represents 60% of your monthly salary at the time you became disabled.

Your monthly benefit amount is reduced by certain amounts paid or payable under the Disability or Retirement provisions of the Social Security Act (including any payments for eligible dependents), any Worker's Compensation, any Occupational Disease Act or Law, any State Compulsory Disability Benefit Law, and any disability, retirement, or other benefits provided by your employer as stated in the policy. The policy also has a minimum monthly benefit of $100 or 10% of the gross monthly benefit, whichever is greater.

According to the information on file, you were awarded Social Security Disability benefits in the amount of $1,536.00 per month. You are also receiving pension benefits from your employer effective 9/1/03 in the amount of $938.84 per month. These benefits are integrated with your LTD gross monthly benefits. We do not offset with future cost of living increases. Therefore, your net monthly benefit effective 9/1/03 should be the minimum monthly benefit indicated above.

Your claim has been recalculated to reflect your correct salary and include your pension benefits. Additional benefits due through 9/20/05 will be issued to you on 10/24/05 via electronic fund transfer. Your regular monthly benefit of $241.80 is also scheduled to be issued to you via electronic fund transfer on 10/24/05 for the benefit period 9/21/05 through 10/20/05.

Should you have any questions in connection with your claim, please feel free to contact this office.

Sincerely,

Debra L. Gutierrez
Disability Specialist

cc:    Kathleen S. Holland

Exhibit 6 Page 1 of 1