# Walther & Flanigan

RESOLUTION PLAZA
1029 WEST THIRD AVENUE, SUITE 250
ANCHORAGE, ALASKA 99501

DALE J. WALTHER
MICHAEL W. FLANIGAN
HOWARD J. MEYER, JR.
CHRISTAN N. BATAILLE

PHONE: (907) 279-9999
FAX: (907) 258-3804

October 24, 2005

(Via Facsimile 407-919-6329)
Debra Guiterrez
Disability Specialist
Group Benefits Accounts
P.O. Box 946730
Maitland, Florida, 32794-6730

Re: Holland v Hartford

Dear Ms. Guiterrez,

    This letter is in response to your letter of 10/21/2005. Please consider it an appeal of your decision to offset $938.84 a month from Holland's LTD entitlement. My client, Ms Holland, is not receiving pension benefits from ACS but rather from her Union the IBEW. The only reason she is presently drawing down those pension benefits, that she will need when she reaches the age of 65 and her LTD benefits stop, is because Hartford and their predecessor CNA wrongfully denied her LTD benefits in the first place and then miscalculated the benefit after we had previously advised the prior earnings figures from the employer were wrong. It has taken us nearly 3 years to get these erroneous decisions reversed. Had Holland not drawn down those funds in the meantime she would have been destitute and homeless. Now that it has been finally decided that she is entitled to her full share of LTD benefits under the ACS plan, she wishes to discontinue her early withdrawal of union pension benefits, so she can save that money for the year she reaches 65 and the LTD benefits stop, with the LTD benefits increasing by that same amount to take up the slack.

    Please advise in writing whether your company will agree to this procedure.

Sincerely,

Michael Flanigan

cc: Kathleen Holland

Exhibit 7  Page 1 of 1