**Group Benefits Accounts**
P. O. Box 946730
Maitland, FL 32794-6730
Telephone: (800) 303-9744
Facsimile: (407) 919-6329



November 3, 2005

Walther & Flanigan
Michael Flanigan
1029 West 3rd Ave
Suite 250
Anchorage, AK 99501

Re:        Kathleen Holland
Claim Number: 2473404111
Policy Number: 83125352
Underwritten by Continental Casualty Company

Dear Michael Flanigan:

We are in receipt of your letter dated 10/24/05 regarding Long Term Disability (LTD) benefits for Ms. Holland.

You advised in your letter that Ms. Holland's pension benefits will be ceasing. Please provide documentation from her pension carrier showing the date these benefits ceased. We will review her pension offset as it may pertain to her LTD benefits once this has been received.

If you have any questions or concerns, please do not hesitate to contact this office.

Sincerely,


Debra L. Gutierrez
Disability Specialist


cc:    Kathleen S. Holland


The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including issuing companies Hartford Life and Accident Insurance Company, Hartford Life Insurance Company and CNA Group Life Assurance Company (pending state approval of name change to "Hartford Life Group Insurance Company").

Exhibit 8 Page 1 of 1