**Group Benefits Accounts**
P. O. Box 946730
Maitland, FL 32794-6730
Telephone: (800) 303-9744
Facsimile: (407) 919-6329

THE
HARTFORD

December 6, 2005

Walther & Flanigan
Michael Flanigan
1029 West 3rd Ave
Suite 250
Anchorage, AK 99501

Re:    Kathleen Holland
Claim Number: 2473404111
Policy Number: 83125352
Underwritten by Continental Casualty Company

Dear Michael Flannigan:

We are in receipt of the information provided to us regarding Ms. Holland's pension benefits. However, the information provided by Alaska Electrical Trust Funds did not specify the date her pension benefits were paid through. I attempted to contact them directly for this information. However, they were unable to provide any information to me via telephone.

Please provide documentation from her pension carrier showing the final date these benefits were paid through. We will review her pension offset as it may pertain to her LTD benefits once this has been received.

If you have any questions or concerns, please do not hesitate to contact this office.

Sincerely,

Debra L. Gutierrez
Disability Specialist

cc:    Kathleen S. Holland

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including issuing companies Hartford Life and Accident Insurance Company, Hartford Life Insurance Company and CNA Group Life Assurance Company (pending state approval of name change to "Hartford Life Group Insurance Company").

Exhibit 9 Page 1 of 1