Group Benefits Accounts
P. O. Box 946730
Maitland, FL 32794-6730
Telephone: (800) 303-9744
Facsimile: (407) 919-6329



THE HARTFORD

December 9, 2005

Michael Flanigan
1029 W. 3rd Ave
Suite 250
Anchorage, AK 99501

Re:       Kathleen Holland
Claim Number: 2473404111
Policy Number: 83125352
Underwritten by Continental Casualty Company

Dear Michael Flanigan:

We are in receipt of the information submitted regarding Ms. Holland's pension benefits. The pension offset has been removed effective 1/1/06 and her new monthly benefit as of that date will be $882.00.

If you have any questions, please feel free to contact this office.

Sincerely,


Debra L. Gutierrez
Disability Specialist



cc:    Kathleen S. Holland


The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including issuing companies Hartford Life and Accident Insurance Company, Hartford Life Insurance Company and CNA Group Life Assurance Company (pending state approval of name change to "Hartford Life Group Insurance Company").

Exhibit 10 Page 1 of 1