# WALTHER & FLANIGAN

1029 w. 3RD Ave., Ste 250
Anchorage, Alaska, 99501
Ph: 907-279-9999
Fax: 907-258-3804

December 9, 2005

**VIA FACSIMILE (407-919-6329)**
Debra Gutierrez
Disability Specialist
Group Benefits Account
P.O. Box 946730
Maitland, Fla., 32794-6730

Re: Claim No.: 2473404111
　　Policy No. 83125352
　　Underwriter: Continental Casualty
　　Claimant: Kathleen Holland

Dear Ms. Gutierrez,

　　Thank you for your letter of 12/9/05. Now that all of Holland's LTD claim issues have been resolved, we next need to address my attorney fees and costs issues. At the end of the litigation before the U.S. District Court in Anchorage, which resulted in a reversal of the prior denial of LTD benefits and a remand for administrative reconsideration, I applied to the Court for attorneys fees and costs. The court in turn said that issue would have to wait for the eventual outcome of Holland's claims. Since Holland has now been awarded full LTD benefits, it is clear she prevailed in her claim and therefore we are entitled to attorneys fees and costs. I am therefore sending you a copy of our itemization of fees and costs in this matter and requesting payment. I am also including for your review, a copy of our motion for attorneys fees before the U.S. District Court which sets out the law regarding such matters, and a copy of the court Order reserving the attorneys fees and costs issue until the LTD claim is resolved. I would hope this matter could be resolved without the necessity of returning to court, thus saving all sides more attorneys fees and costs.

Sincerely,

By Michael W. Flanigan

cc Kathleen Holland

*"and justice for all"*

Exhibit 11 Page 1 of 1