**Group Benefits Accounts**
P. O. Box 946730
Maitland, FL 32794-6730
Telephone: (800) 303-9744
Facsimile: (407) 919-6329



**THE HARTFORD**

December 14, 2005

Michael Flanigan
1029 W. 3rd Ave
Suite 250
Anchorage, AK 99501

Re:        Kathleen Holland
Claim Number: 2473404111
Policy Number: 83125352
Underwritten by Continental Casualty Company

Dear Michael Flanigan:

This is in response to your letter dated 12/9/05 requesting attorney fees and costs for the above referenced claimant. As you were a representative for Ms. Holland, she is responsible for any such fees. The Hartford will not be responsible for any fees associated with the perfection of her claim.

If you have any questions, please do not hesitate to contact this office. Our office hours are 8:00 AM to 8:00 PM EST, Monday through Friday.

Sincerely,


Debra L. Gutierrez
Disability Specialist


cc:    Kathleen S. Holland
       1501 West 47th Avenue, # 1
       Anchorage, AK 99503


The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including issuing companies Hartford Life and Accident Insurance Company, Hartford Life Insurance Company and CNA Group Life Assurance Company (pending state approval of name change to "Hartford Life Group Insurance Company").

Exhibit 12 Page 1 of 1