# WALTHER & FLANIGAN

1029 W. 3RD Ave., Ste 250
Anchorage, Alaska, 99501
Ph: 907-279-9999
Fax: 907-258-3804

December 14, 2005

**VIA FACSIMILE (407-919-6329)**
Debra Gutierrez
Disability Specialist
Group Benefits Account
P.O. Box 946730
Maitland, Fla., 32794-6730

Re: Claim No.: 2473404111
    Policy No. 83125352
    Underwriter: Continental Casualty
    Claimant: Kathleen Holland

Dear Ms. Gutierrez,

This will acknowledge receipt of your letter of 12/14/05. Please treat this letter as an appeal of that decision.

If you will please review the prior legal memorandum we sent you attached to our letter of 12/9/05 you will see that the law of this circuit mandates the award of attorneys fees and costs to claimants who successfully challenge a denial of ERISA benefits in court. We did that and the judge only denied our motion for attorneys fees and costs because his remand did not resolve the benefit issues. Since that time the benefit issues have been resolved favorable to Ms. Holland, and therefore we are entitled, under the Court's Order, to petition the Court for attorneys fees and costs.

Therefore, I can perceive no reasonable basis for your position that Holland is not entitled to be paid for her attorney's fees and costs. If you have a reason other than that previously stated please advise.

Sincerely,

By Michael W. Flanigan

cc Kathleen Holland

*"and justice for all"*

Exhibit 13 Page 1 of 1