Medora A. Marisseau SBA#412103
BULLIVANT HOUSER BAILEY PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130
E-Mail: medodra.marisseau@bullivant.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| KATHLEEN HOLLAND,<br><br>           Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY CO.; CNA GROUP LIFE ASSURANCE CO.; ALASKA COMMUNICATIONS SYSTEMS HOLDING, INC.; THE ALASKA COMMUNICATIONS SYSTEMS HOLDINGS, INC. GROUP DISABILITY INCOME INSURANCE PLAN; THE ALASKA COMMUNICATIONS SYSTEMS HOLDINGS, INC. GROUP LIFE INSURANCE PLAN,<br><br>           Defendants. | No.: A-03-0190 CV (RRB)<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S PETITION TO REOPEN CASE AND AWARD FOR ATTORNEY FEES AND COSTS |

THIS MATTER having come on regularly for hearing before the undersigned Judge

of the above-entitled Court, upon Plaintiff's Petition To Reopen Case and Award Attorneys

[PROPOSED] ORDER DENYING PLAINTIFF'S PETITION TO REOPEN
CASE AND AWARD FOR ATTORNEY FEES AND COSTS
**Page 1**

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

Fees and Costs, and the Court having reviewed the pleadings, and having heard argument of counsel, and being otherwise fully advised, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's petition is denied.

DATED this _____ day of May, 2006.

_____
HONORABLE RALPH R. BEISTLINE

Presented By:

BULLIVANT HOUSER BAILEY PC

/s/ Medora A. Marisseau
Medora A. Marisseau, SBN 0412103
E-mail: medora.marisseau@bullivant.com
Attorneys for Defendant CNA Group Life Assurance Co.
BULLIVANT HOUSER BAILEY PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130

### CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:
Michael W. Flanigan
Walther & Flanigan
1029 W. 3rd Ave., Ste. 250
Anchorage, AK 99517-1014

Bullivant Houser Bailey PC

By:/s/Sherry R. Vincent
Sherry R. Vincent
sherry.vincent@bullivant.com

3491414.1

[PROPOSED] ORDER DENYING PLAINTIFF'S PETITION TO REOPEN CASE AND AWARD FOR ATTORNEY FEES AND COSTS
**Page 2**

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930