Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
(907)-279-9999
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATHLEEN HOLLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: A-03-190 CV (RRB) |
| ) | |
| CONTINENTAL CASUALTY CO. ) | |
| CNA GROUP LIFE ASSURANCE ) | |
| CO.; THE ACS GROUP ) | |
| DISABILITY INCOME ) | |
| INSURANCE PLAN ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Plaintiff, Kathleen Holland, by and through counsel of record, Walther & Flanigan and hereby requests an extension of time until May 17, 2006 to file her Reply to Defendant's Opposition to Second Motion for Attorney's Fees. This extension is requested because counsel for plaintiff has been traveling for out of state depositions and has been unable to complete the Reply as indicated above. Counsel for plaintiff has attempted to contact counsel for defendant prior to filing this motion but has been unable to reach her.

Holland v CNA et al.                              1
Case No. A-03-190 (RRB)

DATED THIS 16th DAY OF May, 2006.

           WALTHER & FLANIGAN
           Attorneys for Plaintiff
           KATHLEEN HOLLAND

           s/ Michael W. Flanigan
           1029 W. 3rd Ave., Ste 250
           Anchorage, Alaska, 99517-1014
           (907) 279-9999 Phone
           (907) 258-3804 Fax
           E-Mail: Waltherflanigan@cs.com
           Alaska Bar No. #7710114

**CERTIFICATE OF SERVICE**
I hereby certify that the above document is being served by electronic means on

Medora A. Marisseau
1601 5th Ave., Suite 2400
Seattle, WA 98101-1619

Date: 5/16//06  By:   MWF

Holland v CNA et al.          2
Case No. A-03-190 (RRB)