UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  HOLLAND  </u>  v.  <u> CONTINENTAL CASUALTY CO., et al. </u>

DATE:  <u> May 17, 2006 </u>     CASE NO.  <u> 3:03-cv-0190-RRB </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS**
                **GRANTING EXTENSION**

---

Plaintiff's Motion for Extension of Time is **granted**. Plaintiff's reply to the Opposition to Second Motion for Attorney's Fees is due **May 17, 2006.**

M.O. GRANTING EXTENSION