Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
(907)-279-9999
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATHLEEN HOLLAND, | ) |
| | ) Case No.: A-03-190 CV (RRB) |
| Plaintiffs, | ) |
| | ) **SUPPLEMENTAL** |
| vs. | ) **PLAINTIFF'S** |
| | ) **COUNSEL'S AFFIDAVIT IN** |
| CONTINENTAL CASUALTY CO.; et.al. | ) **SUPPORT OF PLAINTIFF'S** |
| | ) **MOTION FOR ATTORNEYS** |
| Defendants, | ) **FEES AND COSTS** |
| _____ | ) |

Comes Now Michael Flanigan, attorney for Plaintiff in this matter and hereby certifies as follows.

1. I am counsel for the Plaintiff in this matter.

2. I have 29 years of experience as a personal injury and insurance claims attorney. My normal hourly rate for insurance claims work is $200 an hour which is a normal hourly rate for such services among my peers who have similar levels of experience.

3. The following itemization of reasonable attorneys fees and costs were incurred in the prosecution of Plaintiff's Motion for Attorneys fees in this matter.

HOLLAND V. ACS
FILE# 4515(A-03-190 CV)
ITEMIZED ATTORNEYS FEES (4/18-06-5/17/06)(Limited to CNA/Hartford)

| Date | Description | Hours |
|---|---|---|
| 04/18/06 | Drafting of Motion for Attorneys fees: including research, drafting of documents, review of file, selection of exhibits from file | 5.00 |
| 05/16-17/06 | Drafting of Attorneys Fees Reply Brief: including review of Continental's Opp. Br., research, review of file and drafting documents. | 8.00 |

Additional Billings: 13.00 x $200 =$2,600

DATED THIS 17TH DAY OF MAY, 2006.

SWORN TO UNDER THREAT OF PERJURY

WALTHER & FLANIGAN
ATTORNEYS FOR PLAINTIFF

s/ Michael W. Flanigan
1029 W. 3rd Ave., Ste 250
Anchorage, Alaska, 99517-1014
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: Waltherflanigan@cs.com
Alaska Bar No. #7710114