Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
Ph: (907)-279-9999 Fax: (907) 258-3804
E-Mail: Waltherflanigan@cs.com
Alaska Bar No. #7710114
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATHLEEN HOLLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: A-03-190 CV (RRB) |
| ) | |
| CONTINENTAL CASUALTY CO. ) | **PLAINTIFF'S COST BILL** |
| CNA GROUP LIFE ASSURANCE ) | |
| CO.; THE ACS GROUP ) | |
| DISABILITY INCOME ) | |
| INSURANCE PLAN ) | |
| Defendants ) | |
| _____ ) | |

Comes Now Plaintiff, by and through counsel and pursuant to the Court's Order, hereby submits the following cost bill, which represents a true and accurate itemization of Plaintiff's costs in litigating her claims against the remaining defendants.

| Costs | | | |
|---|---|---|---|
| | 8/22/03 | Filing fee | $ 150.00 |
| | 7/21/04 | Mediator Expenses | 500.00 |
| | 8/03-11/04 | In house copying costs (CNA only)(1467 x .15 =$ 220.05) | 220.05 |
| | | TOTAL | 870.05 |

DATED THIS _____ DAY OF JUNE, 2006.


SIGNED UNDER THREAT OF PERJURY

        WALTHER & FLANIGAN
        Attorneys for Plaintiff
        KATHLEEN HOLLAND

        s/ Michael W. Flanigan
        1029 W. 3rd Ave., Ste 250
        Anchorage, Alaska, 99517-1014
        (907) 279-9999 Phone
        (907) 258-3804 Fax
        E-Mail: Waltherflanigan@cs.com
        Alaska Bar No. #7710114

**CERTIFICATE OF SERVICE**
I hereby certify that the above document was served via

(x) e-mail
( ) First Class Mail
( ) Hand – Delivery
( ) Fax

to the following listed individuals:

Medora A. Marisseau
1601 5th Ave., Suite 2400
Seattle, WA 98101-1619
e-mail: medora.marisseau@bullivant.com

Date: 6/13/06  By:  MWF