| | |
|---|---|
| 1 | Medora A. Marisseau SBA#412103 |
|   | BULLIVANT HOUSER BAILEY PC |
| 2 | 1601 Fifth Avenue, Suite 2300 |
|   | Seattle, Washington 98101-1618 |
| 3 | Telephone: 206.292.8930 |
|   | Facsimile: 206.386.5130 |
| 4 | E-Mail: medodra.marisseau@bullivant.com |
| 5 | Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

KATHLEEN HOLLAND,

    Plaintiff,

v.

CONTINENTAL CASUALTY CO.; CNA GROUP LIFE ASSURANCE CO.; ALASKA COMMUNICATIONS SYSTEMS HOLDING, INC.; THE ALASKA COMMUNICATIONS SYSTEMS HOLDINGS, INC. GROUP DISABILITY INCOME INSURANCE PLAN; THE ALASKA COMMUNICATIONS SYSTEMS HOLDINGS, INC. GROUP LIFE INSURANCE PLAN,

    Defendants.

No.: A-03-0190 CV (RRB)

DEFENDANTS' OPPOSITION TO PLAINTIFF'S COST BILL

Defendant CNA respectfully submits this Objection to Plaintiff's Cost Bill.

LR 54.1(b) provides that "cost bills must include [A] the statutory verification; [B] photocopies of invoices; [C] proofs of payment; and [D] other supporting documents as necessary or appropriate." Plaintiff has included none of those items stated in LR 54.1.

LR 54.1(b)(2) provides that "costs are to be broken out by subsection of the statute under which they are sought." Plaintiff seeks to recover mediator expenses of $500.00, but

1  there is no statutory authority for such an expense. In fact, LR 54.1 does not provide for
2  recovery of mediator expenses.
3      LR 54.1(a)(2) states that "the date and time of the hearing must be scheduled with the
4  clerk's office and may not be more than seven (7) days from the date of the notice."
5  Plaintiffs failed to schedule a hearing, in violation of LR 54.1(a)(2).
6      Plaintiff's Cost Bill must be denied because Plaintiff failed to provide adequate
7  documentation, as defined by law. In addition, Plaintiff requests recovery of mediator
8  expenses, under which the law does not provide for. Finally, Plaintiff failed to schedule a
9  hearing as mandated by LR 54.1(a)(2). Defendants respectfully requests that Plaintiff's Cost
10 Bill be denied.
11     DATED: June 20, 2006
12                            BULLIVANT HOUSER BAILEY PC

/s/ Medora A. Marisseau
Medora A. Marisseau, WSBA # 23114
E-mail: medora.marisseau@bullivant.com
Attorneys for Defendants Cna Group Life Assurance Co.
BULLIVANT HOUSER BAILEY PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Michael W. Flanigan
Walther & Flanigan
1029 W. 3rd Ave., Ste. 250
Anchorage, AK 99517-1014

BULLIVANT HOUSER BAILEY PC

BY:/s/Sherry R. Vincent
Sherry R. Vincent
sherry.vincent@bullivant.com

3496362.1