Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: Waltherflanigan@cs.com
Alaska Bar No. #7710114

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATHLEEN HOLLAND, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CONTINENTAL CASUALTY CO. ) <br> CNA GROUP LIFE ASSURANCE ) <br> THE ACS GROUP ) <br> DISABILITY INCOME ) <br> INSURANCE PLAN ) <br> ) <br> Defendants ) <br> _____ ) | Case No.: A-03-190 CV (RRB) <br><br> **NOTICE OF TELEPHONIC COST BILL HEARING** |

Comes Now Plaintiff, by and through counsel and hereby gives notice of a telephonic cost bill hearing in this matter scheduled for 7/30/06 at 9:00 a.m. The parties may attend by contacting the deputy clerk at 907-677-6101.

DATED THIS 21st DAY OF JUNE, 2006.

        WALTHER & FLANIGAN
        Attorneys for Plaintiff
        KATHLEEN HOLLAND

        <u>s/ Michael W. Flanigan</u>
        1029 W. 3rd Ave., Ste 250
        Anchorage, Alaska, 99517-1014
        (907) 279-9999 Phone
        (907) 258-3804 Fax
        E-Mail: <u>Waltherflanigan@cs.com</u>
        Alaska Bar No. #7710114

**<u>CERTIFICATE OF SERVICE</u>**
I hereby certify that the above document was served via:
(x) E-MAIL
( ) First Class Mail
( ) Hand – Delivery
( ) Fax

to the following listed individuals:

Medora A. Marisseau
1601 5th Ave., Suite 2400
Seattle, WA 98101-1619

Date: 6/21/06  By:   MWF

Notice of Cost Bill Hearing     2
Holland v CNA et al.
Case No. A-03-190 (RRB)