

```
          UNITED STATES
          DISTRICT COURT
           District of Alaska
          Anchorage Division

         #  00121121  -  SF
         August 25, 2003


  Code     Case #    Qty       Amount

  510000-C 03-190CV            90.00 CK
  086900-F 03-190CV            60.00 CK


  TOTAL→                      150.00


  FROM: WALTHER & FLANIGAN
        NEW CASE
        A03-0190CV
```

Exhibit __A__
Page __1__ of __1__