User setting list

06/22/2006 01:34
55QE04124
TC:785639

Key ope. Data /ON

| ID No. | Name | Count | Limit |
|---|---|---|---|
| 109 | HOLLAND,KATHLEEN | 5010 / | 0 |

Exhibit B  P.4
Page 1 of 1