## Walther & Flanigan

RESOLUTION PLAZA
1029 WEST THIRD AVENUE, SUITE 250
ANCHORAGE, ALASKA 99501

DALE J. WALTHER
MICHAEL W. FLANIGAN

PHONE: (907) 279-9999
FAX: (907) 258-3804

July 22, 2004

Medora A. Marisseau
1601 5th Ave., Suite 2400
Seattle, WA 98101-1619

RE: Holland v. CNA et.al.
Our File No.: 4515

Dear Medora,

    Attached is a check in the amount of five hundred ($500.00) dollars as reimbursement to you for our half of Mr. Shortell's mediation charge.

Sincerely,

*Jessica L. Rasor*

Jessica L. Rasor
Paralegal

Exhibit __C__
Page __1__ of __7__



Exhibit C
Page 2 of 2