Medora A. Marisseau SBA#412103
BULLIVANT HOUSER BAILEY PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130
E-Mail:  medodra.marisseau@bullivant.com

Attorneys for Defendant CNA

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| KATHLEEN HOLLAND,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CONTINENTAL CASUALTY CO.; CNA GROUP LIFE ASSURANCE CO.; ALASKA COMMUNICATIONS SYSTEMS HOLDING, INC.; THE ALASKA COMMUNICATIONS SYSTEMS HOLDINGS, INC. GROUP DISABILITY INCOME INSURANCE PLAN; THE ALASKA COMMUNICATIONS SYSTEMS HOLDINGS, INC. GROUP LIFE INSURANCE PLAN,<br><br>　　　　　　Defendants. | No.: A-03-0190 CV (RRB)<br><br>NOTICE OF CHANGE OF HEARING DATE RE BILL OF COSTS |

Please take notice that the Clerk's Taxation of Costs previously set for July 19, 2006, at 9:00 a.m. is continued to August 1, 2006, at 9:00 a.m.  The parties may attend by contacting the Deputy Clerk at 907.677.6101.

NOTICE OF CHANGE OF HEARING DATE RE BILL OF COSTS
**Page 1**

DATED: July 17, 2006

BULLIVANT HOUSER BAILEY PC

/s/ Medora A. Marisseau
Medora A. Marisseau, SBN 0412103
E-mail: medora.marisseau@bullivant.com
Attorneys for Defendant Continental Casualty
Co., CNA Group Life Assurance Co.
BULLIVANT HOUSER BAILEY PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:
Michael W. Flanigan
Walther & Flanigan
1029 W. 3rd Ave., Ste. 250
Anchorage, AK 99517-1014

Bullivant Houser Bailey PC

By:/s/Sherry R. Vincent
Sherry R. Vincent
sherry.vincent@bullivant.com

3499317.1

NOTICE OF CHANGE OF HEARING DATE RE BILL OF COSTS
**Page 2**

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930