Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: Waltherflanigan@cs.com
Alaska Bar No. #7710114

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATHLEEN HOLLAND, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CONTINENTAL CASUALTY CO. )<br>CNA GROUP LIFE ASSURANCE )<br>THE ACS GROUP )<br>DISABILITY INCOME )<br>INSURANCE PLAN )<br>Defendants )<br>_____ ) | Case No.: A-03-190 CV (RRB)<br><br>**PLAINTIFF'S MOTION FOR REVIEW OF THE CLERKS' DENIAL OF MEDIATION COSTS REQUESTED BY PLAINTIFF** |

Comes Now Plaintiff, by and though counsel, and moves the Court to review the Clerk's denial of mediation costs and to award Plaintiff those costs pursuant to FRCP 54(d)(1).

DATED THIS 8th DAY OF AUGUST, 2006.

WALTHER & FLANIGAN
Attorneys for Plaintiff
KATHLEEN HOLLAND

s/ Michael W. Flanigan
1029 W. 3rd Ave., Ste 250
Anchorage, Alaska, 99517-1014
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: Waltherflanigan@cs.com
Alaska Bar No. #7710114

**CERTIFICATE OF SERVICE**
I hereby certify that the above document was served via:
(x) E-MAIL
( ) First Class Mail
( ) Hand – Delivery
( ) Fax

to the following listed individuals:

Medora A. Marisseau
1601 5th Ave., Suite 2400
Seattle, WA 98101-1619
e-mail

Date: 8/8/06  By:  MWF

Pl's Costs Review Motion
Holland v CNA et al.
Case No. A-03-190 (RRB)

2