Medora A. Marisseau SBA#412103
BULLIVANT HOUSER BAILEY PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130
E-Mail:  medora.marisseau@bullivant.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| KATHLEEN HOLLAND,<br><br>                    Plaintiff,<br><br>      v.<br><br>CONTINENTAL CASUALTY CO.; CNA GROUP LIFE ASSURANCE CO.; ALASKA COMMUNICATIONS SYSTEMS HOLDING, INC.; THE ALASKA COMMUNICATIONS SYSTEMS HOLDINGS, INC. GROUP DISABILITY INCOME INSURANCE PLAN; THE ALASKA COMMUNICATIONS SYSTEMS HOLDINGS, INC. GROUP LIFE INSURANCE PLAN,<br><br>                    Defendants. | No.: A-03-0190 CV (RRB)<br><br>UNOPPOSED MOTION FOR ONE DAY EXTENSION OF TIME TO FILE BRIEF |

      COME NOW Defendants Continental Casualty Co. and CNA Group Life Assurance Co., by and through counsel of record, and hereby request an extension of time until August 24, 2006, to respond to Plaintiff's Motion for Review of the Clerk's Denial of Mediation Fees as a Cost Item.  Counsel for Defendants has spoken to counsel for the moving party who has indicated he does not oppose this extension of time.

      ///

UNOPPOSED MOTION FOR ONE DAY EXTENSION TO FILE BRIEF
**Page 1**

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930

DATED:  August 24, 2006

BULLIVANT HOUSER BAILEY PC

/s/ Medora A. Marisseau
Medora A. Marisseau, SBN 0412103
E-mail: medora.marisseau@bullivant.com
Attorneys for Defendants Continental Casualty Co., CNA Group Life Assurance Co.
BULLIVANT HOUSER BAILEY PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Michael W. Flanigan
Walther & Flanigan
1029 W. 3rd Ave., Ste. 250
Anchorage, AK  99517-1014

Bullivant Houser Bailey PC

By:/s/Sherry R. Vincent
   Sherry R. Vincent
   sherry.vincent@bullivant.com

3504235.1

UNOPPOSED MOTION FOR ONE DAY EXTENSION TO FILE BRIEF
**Page 2**

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930