Medora A. Marisseau SBA#412103
BULLIVANT HOUSER BAILEY PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130
E-Mail: medora.marisseau@bullivant.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| KATHLEEN HOLLAND,<br><br>   Plaintiff,<br><br> v.<br><br>CONTINENTAL CASUALTY CO.; CNA GROUP LIFE ASSURANCE CO.; ALASKA COMMUNICATIONS SYSTEMS HOLDING, INC.; THE ALASKA COMMUNICATIONS SYSTEMS HOLDINGS, INC. GROUP DISABILITY INCOME INSURANCE PLAN; THE ALASKA COMMUNICATIONS SYSTEMS HOLDINGS, INC. GROUP LIFE INSURANCE PLAN,<br><br>   Defendants. | No.: A-03-0190 CV (RRB)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ONE DAY EXTENSION OF TIME TO FILE BRIEF |

  THIS MATTER having come on regularly for hearing before the undersigned Judge of the above-entitled Court, upon Defendants' Motion for One Day Extension of Time To File Brief, and the Court having reviewed the pleadings, and being otherwise fully advised, NOW, THEREFORE,

  ///

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ONE DAY EXTENSION TO FILE BRIEF
**Page 1**

Bullivant|Houser|Bailey PC

1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Motion is granted.

DATED this _____ day of August, 2006.

_____
JUDGE/COURT COMMISSIONER

Presented By:
BULLIVANT HOUSER BAILEY PC


/s/ Medora A. Marisseau
Medora A. Marisseau, SBN 0412103
E-mail: medora.marisseau@bullivant.com
Attorneys for Defendants Continental Casualty Co.,
CNA Group Life Assurance Co.
BULLIVANT HOUSER BAILEY PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Michael W. Flanigan
Walther & Flanigan
1029 W. 3rd Ave., Ste. 250
Anchorage, AK  99517-1014

Bullivant Houser Bailey PC

By:/s/Sherry R. Vincent
    Sherry R. Vincent
    sherry.vincent@bullivant.com

3504236.1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ONE DAY EXTENSION TO FILE BRIEF
**Page 2**

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930