```
                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ALASKA


         HOLLAND   v.   CONTINENTAL CASUALTY CO.

DATE:   August 29, 2006      CASE NO.   3:03-CV-0190-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               GRANTING MEDIATION FEES
```

Before the Court, at Docket 109, is Plaintiff's Motion for Review of Clerk's Denial of Mediation Costs. After thoroughly reviewing the matter, the Court hereby **GRANTS** Plaintiff's motion. The sum of $500 in mediation costs shall be added to the Clerk's cost award.