Michael W. Flanigan, ABN 7710114
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste 250
Anchorage, Alaska, 99517-1014
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: Waltherflanigan@cs.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATHLEEN HOLLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: A-03-190 CV (RRB) |
| ) | |
| CONTINENTAL CASUALTY CO. ) | **PLAINTIFF'S MOTION FOR** |
| CNA GROUP LIFE ASSURANCE ) | **ENTRY OF JUDGMENT** |
| CO. ; THE ACS GROUP ) | |
| DISABILITY INCOME ) | |
| INSURANCE PLAN ) | |
| Defendants ) | |
| _____ ) | |

Although this Court has awarded Plaintiff attorneys fees on 6/7/06, costs on 8/7/06 and mediation fees on 8/29/06, and Plaintiff has informally requested payment, no payment on the awarded amounts have been received to date. Therefore Plaintiff requests the Court enter judgment in this matter against the above listed Defendants, so that execution efforts may be pursued in the event of further non-payment on their part.  In that regard Plaintiff also requests that

Pl's Motion for Entry of Jmt.                    1
Holland v CNA et al.
Case No. A-03-190 (RRB)

Hartford Life Insurance Company be added to the list of defendants against whom judgment is entered based, on the exhibits previously submitted at docket no.95, which demonstrate that Hartford Life Insurance Co. is the predecessor to CNA Group Life Assurance Co., by way of the purchase of that company by Hartford, which included CNA's subsidiary, Continental Casualty Co., whereby it became the Claims Administrator handling Plaintiff's claim. Since Hartford Life Insurance Co. is now the Claims Administrator of Plaintiff's LTD claim it is only just that they, along with the other defendants, be ordered to pay the attorneys fees and costs awarded by this court.

DATED THIS 21st DAY OF SEPTEMBER, 2006.

WALTHER & FLANIGAN
ATTORNEYS FOR PLAINTIFF

Michael W. Flanigan
1029 W. 3rd Ave., Ste 250
Anchorage, Alaska, 99517-1014
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: Waltherflanigan@cs.com
Alaska Bar No. #7710114

**CERTIFICATE OF SERVICE**
I hereby certify that the above document
was served via
(x) e-mail
( )  First Class Mail
( ) Hand – Delivery
( ) Fax

to the following listed individuals:

Pl's Motion for Entry of Jmt.                2
Holland v CNA et al.
Case No. A-03-190 (RRB)

Medora A. Marisseau
1601 5th Ave., Suite 2400
Seattle, WA 98101-1619
e-mail: medora.marisseau@bullivant.com

Date: 9/21/06 By:   MWF

Pl's Motion for Entry of Jmt.　　　　　　3
Holland v CNA et al.
Case No. A-03-190 (RRB)