Michael W. Flanigan, ABN 7710114
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste 250
Anchorage, Alaska, 99517-1014
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: Waltherflanigan@cs.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATHLEEN HOLLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: A-03-190 CV (RRB) |
| ) | |
| CONTINENTAL CASUALTY CO. ) | **PLAINTIFF'S REQUEST TO** |
| CNA GROUP LIFE ASSURANCE ) | **HOLD MOTION FOR ENTRY OF** |
| CO. ; THE ACS GROUP ) | **JUDGMENT IN ABEYANCE** |
| DISABILITY INCOME ) | **PENDING RECEIPT OF FUNDS** |
| INSURANCE PLAN ) | |
| Defendants ) | |
| ) | |

Since Plaintiff filed her motion for entry of judgment in this matter her

counsel has been advised the requested funds will be delivered within ten days

of yesterday's date. Based on this representation, Plaintiff requests that the

Court hold in abeyance Plaintiff's motion for Entry of Judgment. If the funds

are received as promised, Plaintiff will then withdraw her Motion for Entry of

Judgment.

Pl's Motion for Entry of Jmt.            1
Holland v CNA et al.
Case No. A-03-190 (RRB)

DATED THIS 5th DAY OF OCTOBER, 2006.

WALTHER & FLANIGAN
ATTORNEYS FOR PLAINTIFF

Michael W. Flanigan
1029 W. 3rd Ave., Ste 250
Anchorage, Alaska, 99517-1014
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: Waltherflanigan@cs.com
Alaska Bar No. #7710114

**CERTIFICATE OF SERVICE**
I hereby certify that the above document
was served via
(x) e-mail
() First Class Mail
( ) Hand – Delivery
(x) Fax

to the following listed individuals:

Medora A. Marisseau
1601 5th Ave., Suite 2400
Seattle, WA 98101-1619
e-mail: medora.marisseau@bullivant.com

Date: 10/5/06 By: MWF

Pl's Motion for Entry of Jmt.            2
Holland v CNA et al.
Case No. A-03-190 (RRB)