UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>HOLLAND</u>  v.  <u>CONTINENTAL</u>

DATE:  <u>November 1, 2006</u>    CASE NO.  <u>3:03-CV-0190-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
REQUESTING STATUS REPORT**

---

At Docket 117, Plaintiff requested to hold the Motion for Entry of Judgment filed at Docket 116 in abeyance pending receipt of funds. Plaintiff shall file a status report by the close of business on **Thursday, November 9, 2006.**

M.O. REQUESTING STATUS REPORT