**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

KATHLEEN HOLLAND   v.   CONTINENTAL CASUALTY CO, et al

THE HONORABLE RALPH R. BEISTLINE

D EPUTY C LERK                                              CASE NO.  3:03-cv-00190-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 7, 2006

      By minute order, filed November 1, 2006, the court called upon plaintiff to report to the court the status of this action, and the receipt of funds referred to the plaintiff's request to hold judgment in abeyance at docket 117.

      No such report has been received within the time allotted, nor has a status conference been requested.

      Plaintiff shall file the required report within ten (10) days of the date of this minute order; if no such report is received, the Court will assume that no further action is required on its part.

[303-cv-190-RRB MO re no status report.wpd]{IID3.WPD*Rev.12/96}