Michael W. Flanigan, ABN 7710114
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste 250
Anchorage, Alaska, 99517-1014
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: Waltherflanigan@cs.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| KATHLEEN HOLLAND, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CONTINENTAL CASUALTY CO. )<br>CNA GROUP LIFE ASSURANCE )<br>CO. ; THE ACS GROUP )<br>DISABILITY INCOME )<br>INSURANCE PLAN )<br>Defendants )<br>_____ ) | Case No.: A-03-190 CV (RRB)<br><br>**PLAINTIFF'S STATUS REPORT** |

Comes Now Plaintiff, Kathleen Holland, by and through counsel, and pursuant to the Court's Order of 12/7/06, and hereby reports to the Court that all pending issues in this matter have now been resolved, and the Court may now close the case.

DATED THIS 11TH DAY OF DECEMBER, 2006.

WALTHER & FLANIGAN
ATTORNEYS FOR PLAINTIFF

<u>Michael W. Flanigan</u>
1029 W. 3rd Ave., Ste 250
Anchorage, Alaska, 99517-1014
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: <u>Waltherflanigan@cs.com</u>
Alaska Bar No. #7710114

**CERTIFICATE OF SERVICE**
I hereby certify that the above document was served via
(x) e-mail
( ) First Class Mail
( ) Hand – Delivery
( ) Fax

to the following listed individuals:

Medora A. Marisseau
1601 5th Ave., Suite 2400
Seattle, WA 98101-1619
e-mail: medora.marisseau@bullivant.com

Date: 12/11/06 By:   MWF

Pl's Status Report                2
Holland v CNA et al.
Case No. A-03-190 (RRB)